```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PATRICE HARRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOMECOMINGS FINANCIAL SERVICES, | : | |
| INC./BANK ONE NOVASTAR | : | |
| MORTGAGE, INC. and EXPRESS | : | |
| FINANCIAL SERVICES, INC. | : | NO. 07-cv-00622-JF |

<u>MEMORANDUM AND ORDER</u>

Fullam, Sr. J.                                          October 15, 2007

      This case is scheduled to be heard at an arbitration hearing on October 18, 2007. One of the defendants has now filed a request to postpone that hearing for 60 days, alleging that this defendant (Express Financial Services, Inc.) is no longer conducting business operations and will probably petition for bankruptcy in the near future. Plaintiff, who is proceeding *pro se*, objects to the requested continuance of the hearing. The views of the other defendants, and the precise roles of the various defendants in the wrongs plaintiff complains about (predatory lending, truth-in-lending violations, consumer protection violations, etc.) can be determined only after further factual development.

      In my view, the issue of whether the arbitration can proceed as scheduled, and whether some further hearing at a later date might be required, should be decided by the arbitrators, not by this court. The contentions of all of the parties, not just one defendant, should be considered.

      An Order follows.

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PATRICE HARRIS                       :    CIVIL ACTION
                                     :
          v.                         :
                                     :
HOMECOMINGS FINANCIAL SERVICES,      :
INC./BANK ONE NOVASTAR               :
MORTGAGE, INC. and EXPRESS           :
FINANCIAL SERVICES, INC.             :    NO. 07-cv-00622-JF
```

ORDER

    AND NOW, this 15th day of October 2007, upon consideration of the request of the defendant Express Financial Services, Inc. to postpone the arbitration hearing scheduled for October 18, 2007, IT IS ORDERED:

    that the request is DENIED, without prejudice to consideration of that request (and the views of all other parties) by the arbitrators.

                     BY THE COURT:


                       /s/ John P. Fullam
                       John P. Fullam, Sr. J.